No. 692. CONSOLIDATED FREIGHTWAYS, INC., *v.* UNITED TRUCK LINES, INC. Supreme Court of Oregon. Certiorari denied. *Donald A. Schafer* for petitioner. *James A. Williams* for respondent.

No. 834. COUNTY OF LOS ANGELES ET AL. *v.* FLYING TIGER LINE, INC. Supreme Court of California. Certiorari denied. *Harold W. Kennedy* for petitioners. *Carl A. Stutsman, Jr.* for respondent.

No. 835. HALTOM CITY STATE BANK OF FORT WORTH *v.* SEABOARD SURETY CO. ET AL. Court of Claims. Certiorari denied. *Leo Brewster* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States, respondent.

No. 839. WRIGHT ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Otis Mark Waters* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub. Samuel D. Slade* and *Bernard Cedarbaum* for the United States.

No. 845. HARDY ET AL. *v.* IVINS. Supreme Court of Montana. Certiorari denied. *Wellington D. Rankin* for Hardy, petitioner. *Howard A. Johnson* for respondent.

No. 751, Misc. GOLDENBERG *v.* MASSACHUSETTS. Superior Court of Massachusetts, Bristol County. Certiorari denied. *Melvin S. Louison* and *Leonard Louison* for petitioner.